IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| MICHAEL PATRICK KENNEDY, ) | |
| TDCJ #1358289, ) | |
|     Plaintiff, ) | |
| ) | 7:07-CV-022-O |
| v. ) | |
| ) | |
| DR. DAVID POTTER, *et al.*, ) | |
|     Defendants. ) | |

## FINDINGS AND ORDER OF THE COURT

Came on to be considered *Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction* (Dkt #16) and the court finds and orders as follows:

After making an independent review of the pleadings, files and records in this case and the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Dkt #70), I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, it is ORDERED that *Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction* is DENIED.

SO ORDERED this 26th day of August, 2008.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**